**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DAWN M. SCHNELL, | : | |
|    Plaintiff | : | |
| | : | CIVIL ACTION |
|         v. | : | |
| | : | NO. 11-601 |
| THE BANK OF NEW YORK MELLON, et al., | : | |
| | : | |
|    Defendants | | |

**ORDER**

    **AND NOW**, this __21st__ day of November 2011, it is **ORDERED** that Defendants' Motion to Dismiss (ECF No. 5) Plaintiff's Complaint is **GRANTED**. All counts against Defendants are dismissed with prejudice.

                                                            s/Anita B. Brody
                                        _____
                                          ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                       Copies **MAILED** on _____ to: