IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAWN M. SCHNELL,<br>    Plaintiff | :<br>: | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 11-601 |
| THE BANK OF NEW YORK MELLON, et al.,<br>    Defendants | :<br>: | |

# **ORDER**

**AND NOW**, this __21st__ day of November 2011, it is **ORDERED** that Defendants' Motion to Dismiss (ECF No. 5) Plaintiff's Complaint is **GRANTED**.  All counts against Defendants are dismissed with prejudice.

                                                                                                s/Anita B. Brody
                                                                                    _____
                                                                                            ANITA B. BRODY, J.


Copies **VIA ECF** on _____ to:                              Copies **MAILED** on _____ to: